# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Donye Marcell Mitchell<br>DEFENDANT(S). | CASE NUMBER<br>11-432 M<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of _____deft_____, IT IS ORDERED that a detention hearing is set for _____Wed_____, __3-2-11__, at __1:30__ ☐ a.m. / ☒ p.m. before the Honorable RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE, in Courtroom _____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __3/1/11__                     __[signature]__
                                       U.S. District Judge/Magistrate Judge